UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD PATTERSON
    Plaintiff

v.

CIVIL ACTION NO.
3-02-cv-1137 (JCH)

THE FOOD GROUP LLC/POND
HOUSE CAFÉ
    Defendant

DECEMBER 3, 2003

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

√ A ruling on the following motions which are currently pending (orefm.):
**Motion to Compel [Dkt. No. 42]**
\_\_\_\_ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 3rd day of December, 2003.

Janet C. Hall
United States District Judge