UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON | : CASE NO. 3:02CV1137 JCH |
| Plaintiff | : |
| v. | : |
| THE FOOD GROUP LLC/POND HOUSE CAFE | : |
| Defendant | : December 15, 2003 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Food Group LLC d/b/a Pond House Cafe (hereinafter referred to as "Food Group") hereby moves for summary judgment in its favor on all claims in the Complaint because the plaintiff has failed to produce sufficient facts in support of any of his claims to support a jury finding in his favor. In support of this motion, Food Group relies upon the accompanying Memorandum of Law, Local Rule 56(a) (1) Statement, and attached exhibits.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, the defendant Food Group LLC d/b/a Pond House Cafe is entitled to summary judgment in its favor on all counts of the Complaint and respectfully requests that judgment enter in its favor as a matter of law.

Respectfully submitted,

DEFENDANT
FOOD GROUP LLC d/b/a
POND HOUSE CAFE

By: _____
Linda L. Yoder (ct01599)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone (860) 251-5717
Facsimile (860) 251-5500
E-mail: lyoder@goodwin.com

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

This is to certify that on this 15th day of December, 2003, a copy of the foregoing Motion for Summary Judgment was sent via first-class mail, postage prepaid, to:

Ronald Patterson
133 Huntington Street #1
Hartford, CT 06105

_____
Linda L. Yoder

352305 v.01 S1