UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 19 P 2: 22

| | |
|---|---|
| Ronald Patterson | : |
| | : |
| v. | : Civil No. 3:02cv1137(JCH) |
| | : |
| Food Group | : |

### ORDER

On December 4, 2003, the Honorable Janet C. Hall referred the above captioned case to the Magistrate Judge. Pursuant to L.R. 7(a)(1), all <u>original</u> documents are to be filed at the Seat of Court of the District Judge assigned to this case. Counsel are directed to forward to chambers within <u>10 days</u> copies of the Complaint(s), Answer(s) and any Pleadings previously filed in this case which are <u>relevant to the referral</u>. For the duration of this Magistrate Judge's involvement with this file, <u>courtesy copies</u> of all filings should be forwarded to her Chambers at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Dated at Bridgeport, Connecticut this /8 day of December 2003.

_____
Holly B. Fitzsimmons
U.S. Magistrate Judge