UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD PATTERSON | : | CASE NO. 3:02CV1137 JCH |
| Plaintiff | : | |
| v. | : | |
| THE FOOD GROUP LLC/POND HOUSE CAFE | : | |
| Defendant | : | December 15, 2003 |

**DEFENDANT THE FOOD GROUP LLC/POND HOUSE'S**
**LOCAL RULE 56(A)(1) STATEMENT**

1. Mr. Patterson was hired on May 21, 2001 by Kim Yarum as a probationary employee and signed an acknowledgement that the management could terminate his employment at any time with or without cause during the probationary period. (Exhibit A and B)

2. Kim Yarum, the General Manager, exercised the Pond House's right to terminate Mr. Patterson at will on July 6, 2001 within the 60 day probationary period. (Exhibit C; Patterson deposition at 67-18 to 25).

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

3. The reasons given by Kim Yarum, inadequate performance, were supported by the observations of other Pond House employees. (Exhibit D).

4. The employee that Mr. Patterson claimed "replaced him" in his position was already employed by the Pond House when Mr. Patterson was hired. Patterson deposition at 40-14 to 41-6.

5. Mr. Patterson filed an administrative complaint with the Connecticut Commission on Human Rights and Opportunities alleging race discrimination. (Exhibit F).

6. The administrative complaint did not allege age discrimination. (Exhibit F; Patterson deposition at 80-9 to 81-5).

7. Mr. Patterson has been terminated from prior positions, a fact not revealed on his application to the Pond House. (Exhibit G Patterson deposition at 18-20 to 34-2; Patterson deposition at 93-13 to 94-8.)

8. Mr. Patterson has sued prior employers claiming discrimination. (Patterson deposition at 18-20 to 34-2.)

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

Respectfully submitted,

DEFENDANT
FOOD GROUP LLC d/b/a
POND HOUSE CAFE

By: _____
    Linda L. Yoder (ct01599)
    Shipman & Goodwin LLP
    One American Row
    Hartford, CT 06103-2819
    Telephone (860) 251-5717
    Facsimile (860) 251-5500
    E-mail: lyoder@goodwin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 15th day of December, 2003, a copy of the foregoing Defendant The Food Group LLC/Pond House's Local Rule 56(a)(1) Statement was sent via first-class mail, postage prepaid, to:

Ronald Patterson
133 Huntington Street #1
Hartford, CT 06105

_____
Linda L. Yoder

352305 v.01 S1