UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD PATTERSON | : | CASE NO. 3:02CV1137 (JCH) |
| Plaintiff | : | |
| v. | : | |
| THE FOOD GROUP LLC/POND HOUSE CAFE | : | |
| Defendant | : | December 15, 2003 |

## AFFIDAVIT

I, Maureen McNamara-Smith, first being duly sworn, depose and say:

1. I am over 18 years of age and believe in the obligations of an oath.

2. I am a Paralegal with the law firm of Shipman & Goodwin LLP, attorneys for the defendant, The Food Group LLC d/b/a Pond House Cafe.

3. I submit this Affidavit in support of the defendant's Motion for Summary Judgment. Accompanying this Affidavit is a set of documents entitled "Appendix to Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment." The

documents contained therein are true and accurate copies to the best of my knowledge and belief.

_____
Maureen McNamara-Smith

Subscribed and sworn to before me this 15th day of December, 2003.

_____
Commissioner of the Superior Court

360410 v.01