UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON | : CIVIL ACTION NO. 3:02CV 1137(JCH) |
| Plaintiff, | : |
| v. | : |
| THE FOOD GROUP LLC/POND HOUSE CAFÉ | : |
| Defendant. | : December 30, 2003 |

**MOTION TO POSTPONE CONSIDERATION OF DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT PURSUANT TO F.R.C.P 56 (f).**

Plaintiff, Ronald Patterson, a pro se claimant, moves the court, pursuant to Fed. R. Civ. P. 56 (f), for an order postponing its consideration of defendant Food Group LLC/Pond House Cafe's motion for summary judgement until 60 days after discovery is completed in this cause. In support of this motion plaintiff states:

1. Plaintiff filed his Complaint herein on June 28, 2002. This court issued it's ruling on the defendant's motion to dismiss on March 10, 2003.

2. Defendant's Rule 56 motion is premature in that plaintiff had not yet completed discovery, motion for production of documents are outstanding discovery requests the defendant is evading, in which plaintiff believe that the defendant is stonewalling the requests. Motion to Compel is currently pending.

3. The defendants are using in their Rule 56 motion, exhibits of deposition of which they acquired through discovery but are currently preventing the plaintiff from obtaining discovery materials in pursuant to Federal Rules of Civil Procedure, that will clarify issues of fact for trial.

1

4. In the time gained by the postponement of defendant's Rule 56 motion, the plaintiff will be able to better identify genuine issues of material fact.

For these reasons, it is respectfully submitted that this court should defer ruling on defendant's motion for summary judgement until 60 days after discovery has been completed.

PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*
Ronald Patterson
133 Huntington Street # 1
Hartford, CT. 06105
Tel. (860) 728-5759

### CERTIFICATION

I hereby certify that the foregoing Plaintiff's motion to postpone defendant's motion for summary judgement was mailed postage prepaid by first class mail on this 30th day of December 2003 to the following :

Ms. Linda L. Yoder Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT. 06103-2819

*Ronald Patterson*
Ronald Patterson

2