02CV1137MINS

TOT AL TIME: ___ hours _40_ minutes

HONORABLE F Prasimmons

DEPUTY CLERK Kolesnikoff    RPTR/ERO/TAPE BALDWIN

DATE 2/19/04    START TIME 10:20    END TIME 11:00

RECESS FROM ___ TO ___    LUNCH RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:02cv1137JCH

PATTERSON

vs.

FOOD GROUP

§
§
§
§
§

Ronald Patterson
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Stephen Sedor
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ | Pla. # 43 | Motion | to Compel. | ☐ | ☐ | ☑ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | filed | docketed |
|---|---|---|
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ |

☐ _____ Hearing continued until _____ at _____