**FILED**

2004 MAR -1  P 2: 24

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD PATTERSON | : | CIVIL ACTION NO. 3:02 CV 1137(JCH) |
| Plaintiff, | : | |
| v. | : | |
| THE FOOD GROUP LLC/POND HOUSE CAFÉ | : | |
| Defendants. | : | February 27, 2004 |

## PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, Ronald Patterson opposes the Defendant Food Group LLC d/b/a/ Pond House Café's motion for summary judgement of all claims in the Complaint because there is a genuine dispute of material facts as to defendant's proffered reason for adverse employment decision is pretextual and unworthy of credence, to support a jury finding in plaintiff's favor. Plaintiff demonstrate that the record as a whole permits a rational factfinder to rule in his favor. In support of this motion, Plaintiff relies upon the accompanying Memorandum of law, Local Rule 56 (a) (2) Statement and exhibit.

**ORAL ARGUMENT IS SCHEDULE**

1

WHEREFORE, the defendant Food Group LLC. is not entitled to summary judgement in its favor as a matter of law on all counts of the Complaint and respectfully requests that this case go forward.

PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*
Ronald Patterson
133 Huntington Street #1
Hartford, CT. 06015
Tel. (860) 728-5759

### CERTIFICATION OF SERVICE

This is to certify that on this 27th day of February, 2004 a copy of the following Plaintiff's Opposition to motion for summary judgement was sent via first-class mail, prepaid, to:

Ms. Linda L. Yoder Esq.
Shipman & Goodwin LLP.
One American Row
Hartford, CT. 06103

*Ronald Patterson*
Ronald Patterson