UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD PATTERSON | : | CIVIL ACTION NO: |
| | : | 3:02 CV 1137 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE FOOD GROUP LLC/POND | : | |
| HOUSE CAFÉ | : | |
| Defendant. | : | MARCH 1, 2004 |

### APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the defendant, FOOD GROUP LLC/POND HOUSE CAFE, in the above-captioned matter.

Dated at Hartford, Connecticut, this 1st day of March, 2004.

DEFENDANT,
FOOD GROUP LLC/POND HOUSE CAFÉ

By: _____
Stephen M. Sedor
Fed. Bar No. ct 21117
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5558
(860) 251-5500
e-mail address: ssedor@goodwin.com

## CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, first-class mail on the ___1ˢᵗ___ day of March, 2004 to the following:

Ronald Patterson
133 Huntington Street #1
Hartford, CT 06105

                                                      *[signature]*
                                           Stephen M. Sedor

366113 v.01 S1