UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| RONALD PATTERSON | : | CIVIL ACTION NO. 3:02CV1317(JCH) |
| Plaintiff, | : | |
| v. | : | U.S. DISTRICT COURT |
| THE FOOD GROUP LLC/POND HOUSE CAFÉ | : | BRIDGEPORT, CONN |
| Defendants. | : | May 12, 2004 |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO THE PLAINTIFF'S OBJECTION OF DATE APRIL 15, 2004.**

1.  **INTRODUCTION**

The plaintiff, Ronald Patterson (" Plaintiff") brought the above-captioned civil action against the Food Group LLC/ Pond House Café (" Pond House") based on alleged violations of Title VII, Age Discrimination and breach of Contract. By this motion the plaintiff is replying to the defendant's response to solve issues raised with the discovery dispute.

In accordance with Local Rule 37 the plaintiff conferred with Ms Linda Yoder Esq. and newly appeared counsel Mr. Stephen Sedor Esq. in good faith effort to eliminate or reduce the area of controversy of issues to present to Magistrate Judge Fitzsimmons, so it was the plaintiff's position in according to the local Rule to present to the court just issues that were in dispute.

Neither attorneys addressed the plaintiff's a la carte server job classification during our discussions which one of basis provided that the Order was in error. The Objection filed is proper in pursuant to the Federal and Local Rules of Civil Procedure.

1

The plaintiff seeks to confirm the following Production of Documents.

1. Time cards, schedules, payroll information of the plaintiff.

2. Time cards, schedule, date of hire, evaluation, customer compliments or complaints of Arron Baird and whether he quit, terminated or laid off

3. Payroll information, including tip reports and payment reports, for Mr. Baird, Ms. Gilchrist, and Ms. Kate Moss between May 2001 and October 2001.

4. Breakdown of date of hire, age, race and job classification of individuals hired for employment at the Pond House Café/ Food Group LLC. between May 2001 and October 2001.

5. Breakdown of date of hire, age, race and job classification of individuals employed at the Pond House Café/Food Group LLC. between May 2001 and October 2001.

6. Breakdown of date of hire, age, race and job classification of individuals employed at the Pond House Café/Food Group LLC at the present time.

7. List the state and/or federal agency dealing with race, sex and age which any and all documents were required by the Pond House Cafe/Food Group LLC to be filed or were filed with.

8. Any workforce analysis conducted in connection with Pond House Cafe's affirmative action plan.

9. All manuals, handbooks, policies, procedures, notices, or directives issued by Pond House Cafe/Food Group LLC. pertaining to:
Bonus pay, merit raises, incentives and compensation.

10. Supervisor and/or Manager handbooks, manuals, notices or directives issued by Pond House/Food Group LLC. pertaining to their responsibilities.

11. A list of employees, customers, vendors that relates to allegations of discrimination by Pond House Cafe/ Food Group LLC.

Wherefore, the plaintiff requests the following Production of documents that are within the scope permitted under Fed. R. Civ. Rule 26 (b)

PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*
Ronald Patterson
133 Huntington Street #1
Hartford, CT. 06015
Tel. (860) 728-57591

## CERTIFICATION

I hereby certify that the foregoing Plaintiff's reply to Defendant's response mailed postage prepaid on this 12st day of May 2004 to the following :

| | |
|---|---|
| Ms.Linda L. Yoder Esq.<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT. 06103-2819 | Mr. Steve Sedor Esq.<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT. 06103-2819 |

*Ronald Patterson*
Ronald Patterson

1