UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON : | CASE NO. 3:02CV1137 (JCH) |
|     Plaintiff, : | |
| v. : | |
| : | |
| THE FOOD GROUP LLC/POND HOUSE : | |
| CAFE : | |
|     Defendant. : | June 18, 2004 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1) and Loc. R. Civ. P. 7(b), the undersigned defendant, The Food Group LLC/Pond House Cafe, respectfully moves the Court for an extension of time of three (3) days, up to and including June 25, 2004, in which to respond with respect to the Plaintiff's Opposition to Motion for Summary Judgment, dated June 7, 2004 and served upon defendant on or about June 8, 2004. Defendant requires additional time to review and prepare an adequate response or responsive pleading to the Plaintiff's Opposition to Motion for Summary Judgment. This is the defendant's first request for an extension of time in which to respond to the Plaintiff's Opposition to Motion for Summary Judgment dated June 7, 2004. Attorney Sedor's paralegal, Maureen McNamara-Smith, contacted pro se plaintiff on June 17, 2004 regarding his position. Ronald Patterson stated he had no objection to the granting of this motion.

Respectfully Submitted,
DEFENDANT,
THE FOOD GROUP LLC
POND HOUSE CAFÉ,

By _____
Linda L. Yoder (ct01599)
Stephen M. Sedor (ct21117)
For Shipman & Goodwin LLP
One Constitution Row
Hartford, CT 06103-1919
Telephone (860) 251-5717
Facsimile (860) 251-5214
Email: lyoder@goodwin.com
Email: ssedor@goodwin.com
Its Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 18th day of June, 2004, a copy of the foregoing Unopposed Motion for Extension of Time was sent via first-class mail, postage prepaid, to:

Ronald Patterson
133 Huntington Street, #1
Hartford, CT 06015

_/s/ Stephen M. Sedor_
Stephen M. Sedor

372822 v.01

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385