UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 SEP 28 A 11: 34

RONALD PATTERSON
    Plaintiff

v

3:02cv1137JCH

FOOD GROUP LLC
    Defendant

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 24, 2004, entered a Ruling Re: Defendant's Motion for Summary Judgment, granting the motion. The court declines to exercise supplemental jurisdiction over the remaining state claim.

Therefore, it is ORDERED and ADJUDGED that the motion is granted, and this case is closed.

Dated at Bridgeport, Connecticut, this 24th day of September, 2004.

KEVIN F. ROWE, Clerk

By *[signature: Catherine Boroshky]*

Deputy Clerk

Entered on Docket _____