UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD PATTERSON           :      CIV. NO. 3:02 CV 1137(JCH)
                           :
                           :
                           :
v.                         :
                           :
PEH I LIMITED PARTNERSHIP  :
ET AL.                     :      November 15, 2005

## MOTION FOR EXTENSION OF TIME OF SCHEDULING ORDER

The plaintiff, Ronald Patterson, a pro se claimant, pursuant to Fed. Loc R. Civ. P 7 (b) requests an extension of time of the Scheduling order to extend time to comply with defendants' written discovery requests and damages analysis, extend deadlines set by the court, extend the time of the plaintiff propose requests for discovery, extend the time of taking depositions and extend the time of a telephone status conference on the basis (1) the plaintiff can demonstrate the time limitations in questions cannot be reasonably be met despite diligence of the plaintiff seeking the extension. (2) the plaintiff request an extension for this court to appoint counsel to represent the plaintiff in this case.

The plaintiff has inquired of opposing counsel and represents despite diligent efforts he cannot ascertain opposing counsel's position. This is the first motion for extension of time that have been filed by the moving party with respect to the same limitation.

1

The plaintiff just started employment with another Hotel chain. At this time the plaintiff has a scheduling conflict (as attach) through November and December and the first two weeks in January 2006. The plaintiff is on a 90 day probation with this employer which makes it difficult for the plaintiff to comply with the court's and defendants' request.

The plaintiff is still employed by PEH I LIMITED PARTNERSHIP defendants and still claims discrimination on the basis of race/color because he is still not being called to work at the Sheraton Hotel in East Hartford, CT. even through they are still called the other non African-Americans workers to work as Bartenders and Banquet Waiters. I was not terminated from this employer. This issue should be address promptly.

As a pro se claimant it's the plaintiff responsibility to have some knowledge in court proceedings and the rules of court. As the district court records can verify that the plaintiff has brought complaints of employment discrimination pro se against employers for 17 years know. The plaintiff rights are been violated. An Attorney to represent the plaintiff will properly aid in gathering the records the defendants possess.

The plaintiff have not objected to the defendants motion for extension of time that were filed in this case.

The Plaintiff was not aware of a telephone conference held on November 2, 2005. He did attempt to contact opposing counsel (860) 278-5555 but could not get a connection to their office.

Wherefore the plaintiff respectfully requests the court to extend the deadlines of scheduling Order until counsel is appointed to represent the plaintiff in this case.

THE PLAINTIFF,

RONALD PATTERSON

*Ronald Patterson* (signature)
Ronald Patterson
133 Huntington Street # 1
Hartford, CT. 06105
Tel. (860) 728-5759

| | SUN 11/13/2005 | MON 11/14/2005 6a | TUE 11/15/2005 6a | WED 11/16/2005 6a | THUR 11/17/2005 6a | FRI 11/18/2005 6a | SAT 11/19/2005 6a |
|---|---|---|---|---|---|---|---|
| Anish | | | | | | | |
| Gregg | 12N | 2p | 2p | 2p | 2p | 2p | 2p |
| BREAKFAST | | 105 | 80 | 275 | 180 | 25 | 20 |
| LUNCH | | 122 | 300 | 300 | 70 | 233 | 20 |
| RECEPTION | | 205 | 0 | 0 | | | |
| DINNER | 80 | 80 | 300 | 300 | 180 | 20 | |
| | | | | | 50 | | 40 |
| Patrick K | | | | 11:00 PM 2:00 PM | | 6:00 AM 11:00 PM | |
| Joe M | 2:00 PM 11:00 PM | 2:00 PM 4:00 PM | 11:00 PM 6:00 AM | 11:00 PM 6:00 AM 4:00 PM 11:00 PM | 6:00 AM 4:00 PM | 5:00 PM 3:00 PM | |
| Lisa W | | 5:00 PM | 11:00 PM 5:30 AM 6:00 PM | 11:00 PM 6:00 AM 3:00 PM | 6:00 AM 3:00 PM | 5:00 PM 6:00 AM | 3:00 PM 11:00 PM |
| Klodian X | | 3:00 PM 6:00 AM | 11:00 PM 5:30 AM | 11:00 PM 6:00 AM | 6:00 AM 3:00 PM | 5:00 PM 6:00 AM | 11:00 PM |
| Carol L | | 3:00 PM 6:00 AM | 11:00 PM 5:30 AM | 11:00 PM 6:00 AM | 6:00 AM 3:00 PM | 5:00 PM 6:00 AM | 11:00 PM |
| Inderjit S | | 3:00 PM 6:00 AM | 11:00 PM 5:30 AM | 11:00 PM 6:00 AM | 6:00 AM 3:00 PM | 5:00 PM | |
| Betty | 2:00 PM 11:00 PM | 9:00 AM 5:00 PM | 11:00 PM 9:00 AM 4:00 PM | 11:00 PM 9:00 AM 3:00 PM | 9:00 AM 3:00 PM | 5:00 PM | |
| Ron | | | 11:00 PM 9:00 AM | 11:00 PM 9:00 AM 3:00 PM | 9:00 AM 3:00 PM | 5:00 PM 3:00 PM | |
| Danielle | 2:00 PM 11:00 PM | | 11:00 PM 5:30 AM | 11:00 PM 6:00 AM 6:30 PM | 9:00 AM | 5:00 PM 3:00 PM | 11:00 PM |
| Pawel | | 3:00 PM 1:00 AM | 4:00 PM 11:00 PM | | | | |
| Mihai | | 9:00 AM 3:00 PM | 9:00 AM 3:00 PM | 3:00 PM | 3:00 PM | 5:00 PM | |
| David M | | | 9:00 AM 5:00 PM | 9:00 AM 3:00 PM | 9:00 AM | | |
| Johanna | 2:00 PM 11:00 PM | 3:00 PM 11:00 PM | 11:00 PM 4:00 PM | 11:00 PM 3:00 PM | 3:00 PM | | |
| Johanny | | 11:00 PM 3:00 PM | 11:00 PM 3:00 PM | 11:00 PM 3:00 PM | 11:00 PM | | |
| Allison | | 3:00 PM 1:00 AM | 11:00 PM 4:00 PM | 11:00 PM 2:00 PM | | 5:00 PM | |
| Nareyda | | 3:00 PM | 11:00 PM 4:00 PM | 11:00 PM 3:00 PM | | | |
| Lourdes | | 3:00 PM | 11:00 PM 4:00 PM | 11:00 PM 3:00 PM | | | |
| Ruth | | 9:00 AM 3:00 PM | | 9:00 AM 3:00 PM | | | |
| Giselle | | | 11:00 PM 3:00 PM | 11:00 PM 3:00 PM | | | |
| Sara | 2:00 PM 11:00 PM | | 11:00 PM 4:00 PM | | 3:00 PM | | |
| Krissy | 2:00 PM 11:00 PM | | 11:00 PM 3:00 PM | 11:00 PM | | | |
| Jessica | | 3:00 PM | 11:00 PM | | | | |

## **CERTIFICATION OF SERVICE**

This is to certify that the foregoing Motion for extension of time was mailed by U. S mail postage prepaid on this 15th day of November 2005 to

James T. Cowdery Esq.  
Sarah A. L. Merriam Esq.  
750 Main Street  
Hartford, CT. 06103

Karl Terrell Esq.  
3593 Hemphill Street  
Atlanta, Georgia 30337

*Ronald Patterson*  
Ronald Patterson

4