**MANDATE**

D. Conn. /BRCT
02-cv-1137
Hall, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 28th day of July, two thousand five,

Present:
    Hon. Rosemary S. Pooler,
    Hon. Robert D. Sack,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*

---

Ronald Patterson,

        Plaintiff-Appellant,

    v.                          04-5615-cv

Food Group LLC,

        Defendant-Appellee.

---

Appellant, *pro se*, moves for appointment of counsel. After due consideration, it is hereby ORDERED that the motion is denied and the appeal is dismissed because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

SAO-MZK

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

MANDATE ISSUED: FEB 6 2006